UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH TOLBERT,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>NICOLA S. WIENER, *REPRESENTATIVE FOR THE ESTATE OF STEPHEN WIENER,* MANDY SIPPLE, ANN LEWIS, and OFFICER A. JONES,<br>　　　　　　Defendants. | :<br>:<br>:<br>:   No.   2:22-cv-1228<br>:<br>:<br>:<br>:<br>: |

## **O R D E R**

**AND NOW**, this 12th day of February, 2024, upon consideration of the Defendants' Motions for Summary Judgment, ECF Nos. 145 & 125, *pro se* Plaintiff Tolbert's Motion for Summary Judgment, ECF No. 151, and all of the responses, replies, and exhibits thereto, and for the reasons set forth in the Opinion issued on this date, **IT IS ORDERED THAT:**

1. The Commonwealth Defendants' Motion for Summary Judgment, ECF No. 124, is **GRANTED**;

2. Defendant Wiener's Motion for Summary Judgment, ECF No. 125, is **GRANTED**;

3. Tolbert's Motion for Summary Judgment, ECF No. 151, is **DENIED**; and

4. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff on all counts.

5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge